To:
Vito Genna
United States Bankruptcy Court
Southern District Of New York
355 Main St
Poughkeepsie, NY 12602

Thursday, May 15, 2025

**Re: Response to Claim Filed by Matthew Stoughton – Case No. 25-35123-kyp**

Dear, Vito Genna

I am writing in response to the claim filed by Matthew Stoughton alleging wire fraud and misrepresentation. I categorically deny these allegations and request that the Court dismiss this matter as it is without merit and a misuse of judicial resources.

To clarify:

1. **Full Payment Made**: Mr. Stoughton was paid in full. There is no outstanding balance owed to him.

2. **Court-Ordered Action**: As per the Court's prior order, Mr. Stoughton requested that he send me back the funds I had previously provided, so I could then return them to him, ostensibly to meet some procedural requirement. I explicitly informed him that I was indifferent to this arrangement and emphasized that the Court had already made its ruling. His request was unnecessary, and I acted in accordance with the law, then he threatened me with wire fraud.

3. **Preexisting Knowledge of My Circumstances**: Mr. Stoughton was fully aware of my financial and personal challenges at the time he offered assistance. I kept him informed consistently..

4. **Harassment and Threats**: Following the transaction, Mr. Stoughton engaged in a pattern of harassment and threats directed not only at me but also at my loved ones. This behavior has caused emotional distress and raises serious concerns about his conduct.

Given that Mr. Stoughton has been fully compensated and has knowingly attempted to manipulate the situation despite judicial instructions, I respectfully ask the Court to dismiss his claims in their entirety. His continued pursuit of this matter appears to be retaliatory and harassing in nature, not grounded in fact or law.

Please accept this letter as my formal response and objection to the hearing and allegations. I am prepared to provide documentation of payment and relevant communications, should the Court require them.

Marc Criado-Mastros