To Whom it may Concern Regarding Case 25-35123,
Please find attached the following exhibits of evidence for the hearing tomorrow morning 5/27/2025 at 9:59 AM.


Exhibit A - Lies of income and repayment
Exhibit B - My Income has stopped
Exhibit C - Informed that I had moved out
Exhibit D - Lies about having 2 different lawyers
Exhibit E - Bankruptcy fraud and reaffirmation of debt and voluntary repayment
Exhibit F - 16 Months of Evidence
Exhibit G - Schedules of Dates listed in Exhibits

Thank you,
Matthew Stoughton



(347) 907-5688

Friday, Nov 24, 2023 • 1:56 PM

If I don't get my ssd, at least I get my pension next week, so I'll have some money

K

2:17 PM SMS

U can pay my rent lol!!

And my rent lol

I don't know why your paying anything you are never here



Wednesday, Nov 29, 2023 • 12:18 AM

U ok?

Wednesday, Nov 29, 2023 • 1:37 AM

I'm sure you are asleep but I just wanted go run this past you. I know you are waiting for SSDI and your pension, I am not really concerned about the $. If you do end up getting paid and have the means, do you think you can give Sara 1502 for me, for my rent? The other $98 just buy a damn evaluation before the sale ends tomorrow


Thursday, Dec 14, 2023 • 2:17 PM

Any updates on ur cash inflow lol

Friday, Dec 22, 2023 • 4:52 PM

Yo

Yo

Haven't heard from in 9 days

Just checking up

4:53 PM  SMS




(347) 907-5688

But I been dealing with life, still haven't gotten anything, yet, hoping something comes in next week

4:53 PM

 

Tuesday, Jan 2, 2024 • 4:28 PM

Hey, now that's its 2024, any update on your income?

My income is delayed cause idiots sent an ACH, so I could use a few $100 for the week

Not really, last they told me my "normal" checks should start this month from SSD, and for spectrum, it is still with Lincoln financial who services their Long Term Medical Leave. I might have 100 laying around to send you

4:33 PM

   

But not taking a payout all December is killing me

3:37 PM SMS

I'm soooo broke and have sooo much I can't touch

Friday, Jan 19, 2024 • 5:02 AM

You get you money yet??

Tuesday, Jan 23, 2024 • 10:40 AM

Yooooo

4th Wednesday tomorrow, get SSI yet?

Tuesday, Jan 23, 2024 • 1:09 PM

Yo, tomorrow is the 4th <u>wed,</u> and no I haven't gotten anything yet, even if I get anything, I won't be able to send you everything, I still have to pay rent, figure out what is going on with that garnishment, send something to my car before they repossess it, send to car insurance before they cancel it, but spectrum finally acknowledged my resignation, so im hoping they finally process any balance payouts

Word

Honestly like 300-400 would help. I'll double it fast, pay my bills, rinse repeat

  

Thursday, Feb 8, 2024 • 3:26 PM

He6

Hey

Do you have 200 you can throw my way?

Coming up on 3 month anniversary

Been 10 days..... where ya at

I do not, as soon as I get whatever I am getting from my taxes, I will send you what I can, that should be here within the next week or so, according to their timeline. DeShawn had to borrow money from his ex to get the car back, which is another person we owe

Not even a 100 bro?

Nope, there is 20 in my account right now.

3:55 PM

 (347) 907-5688 

Monday, Feb 12, 2024 • 2:11 PM

Get your refund yet?

No

N I guess nothing to knock off on 2 month anniversary +1 day??

3 month ***

??

Nothing has changed from Thursday when we last talked. I'm not avoiding you or anything else, I'm legit dealing with everyone and their mother - my car was taken a few weeks ago, I'm not lying to you.

2:20 PM

Tuesday, Feb 20, 2024 • 9:42 AM

Hey

 

Tuesday, Feb 20, 2024 • 11:13 AM

Yo

Nothing has changed, tax is still processing. I'll send you something as soon as something comes in, i really don't need you asking me all the time, especially knowing the repo and judgments, and who/what I owe, I just signed up to do Uber, shipt and DoorDash to make some pocket cash, waiting for that to get approved

Ok

Just trying to scape together $ for my meds

11:52 AM  SMS

  upgrade

**Available Balance** $63.93

Current Balance $1.04

  
Tuesday, Feb 27, 2024 • 8:49 AM

I know you said you would let me know. But I really need 200+ today. AT&T is going to turn off my phone again

This is one of those. I really need you to come through with some of my money today..... I already had to pay 250 last month cause they shut it off and they r going to again

And I get garnishment etc. But it's been almost 3 months and it's still 1200

tax is still pending, and ill send you a screen shot if you do not believe me, social security doesn't come in till tomorrow if it does, and pension doesn't come in till thur. My bank is negative 25 dollars, nothing I can do, you are not the only one who I owe money too, reminding me of how long it's been, does not make anything come in sooner.

9:46 AM

 
last $220

Friday, Mar 15, 2024 • 10:32 AM

Yo

The answer is no, I did not get me taxes yet, the irs had me do some identity thing, which delayed it, and now upgrade closed my account which is where it was supposed to go, so now I'm trying to call irs to change it.

10:34 AM

   

I'll send you something when my ssd or pension goes in, but it won't be a lot

10:35 AM

Ok, sucks your still having issues

I just need a 100 for today, I managed to get the rest

10:36 AM  SMS

 
I'll send it back

Monday, Apr 22, 2024 • 7:01 AM

Hey

did you get your refund yet, I don't get paid again for 2 weeks and my mom is kicking my out. I need that last $905 to pay for rent on an apartment down here

I need to be out today she said, so this is a huge emergency

7:43 AM SMS

I'll send u back $905 in 2 weeks too

And then pay me next month

  
Monday, Apr 22, 2024 • 9:03 AM

U around?

I am not, I did not get it yet, they are sending a physical check to me. You always message me last minute when you are in dire situation.

Why they sending me physical check, cause upgrade closed my accounts on me, that's where it was going

9:05 AM

  
You said once you get your pension and SS you would pay me back, you've had months of it, you need to find a way

I have not had months of it, you need to read

I need at least 400 today man

Find a way

I don't care what you have to do, but I need you to do it

You are really bordering on harassment, and being unrealistic.

It's cool

10:38 AM

It's not harassment when I am begging for my money back

I don't know what they are sending me

I just need 400 to get through May

I might have 400 to spare the week of the 20th

10:42 AM





Monday, May 20, 2024 • 12:27 PM

Just touching base with you, cause you said the week of the 20th

My mom is having surgery today, so she's letting me come back, but I gotta be out by July 1st now

I'm not gonna give you a hard time or say I need all of my money back this week. Just make an attempt at something and I'd appreciate it

  

Tuesday, May 21, 2024 • 7:10 PM

Figured you at least respond

My phone was off, I'll do my best to have you paid up before then. Hope your mom is doing ok.

Haven't been feeling well

7:33 PM

So tue week of the 20th not looking good anymore?

 

Tuesday, May 28 • 2:35 PM

Guess nothing this month?

 

Tuesday, Jun 4 • 7:22 PM

Hey, so I'm still gonna ask
You got a few 100 for me, since you
missed May? I STILL owe AT&T and my
withdrawal days are the 11th and 15th

7:22 PM  SMS

So prolly Saturday  I can send you something.

7:28 PM

Sunday, Jun 9 · 11:40 PM

Guess no response today

Or that $300 from Deshawns event 😖



Tuesday, Jun 11 • 7:11 AM

Yo

Tuesday, Jun 11 • 8:15 AM

At least let me know what is going on.
Haven't heard from u in a week

Tuesday, Jun 11 • 10:50 AM

Ok, now it feels like I'm being avoided 😣



(347) 907-5688

Friday, Jun 21 • 9:13 AM

 

Unfortunately I won't be able to send anything to you till next week. Earliest would be Monday - and I already have to lift the suspension off the registration

9:29 AM


I do, but I can't help or send anything till at least Monday

Ok, u got a number in mind, so i can work on the rest?

Real talk

Im about to call my dead step fathers sister i havent spoken too <u>in 13 years</u>

I legit do not wanna go the next week struggling

Idk, maybe 200, maybe 3, but I have to see how much the registration thing I need to pay. I'm waiting for the port authority to email me back

Cause the issue is, I'll end up in a situation with no money too

K. So imma looo for 400, cause maybe 300 os def 200 lol

Monday, Jun 24 • 7:10 PM



Tuesday, Jun 25 • 11:20 AM

Where u at?

Tuesday, Jun 25 • 12:30 PM

No answer?

Can you please send me like $300 bro, I have no $ for food or meds or my phone. I should be paid by Friday but I am hurting

Tuesday, Jun 25 • 3:16 PM

At least stop ignoring me and tell me what's up

This is the 3rd time u said ud have $ and then bailed

 

Wednesday, Jun 26 • 2:10 PM

3 days and nothing....

 
I will be in NY next week and will go to the orange county clerks office.

3-6 months, its going to be garnished

You do what you need to do, ssd or pension cannot be garnished, but here is my lawyers info for the clerk, Craig Hughes. I'll make him aware of your threats, and constant texts, if you wanna play hardball. I told you my dad is in the hospital, he is in ccu, on a respirator, if you look at your messages I said the earliest would be possibly Monday. Since you are threatening me - I will not be answering anymore.

2:19 PM

It's not constant threats, that's a joke and verifiable

It took mentioning small claimsnfor u to answer

And this is the 3rd promise of partial repayment u backed out on

Craig S Hughes 

Thursday, Jul 25 • 4:58 PM

I've already notified my lawyer about your threats of a lawsuit. I'll consult with them, but I'm open to resolving this financially.

  
Monday, Jul 29 • 3:02 PM

I'd prefer to resolve it financially. If you just gave me some info on a potential payoff schedule

Every 4th week would he nice, honestly

 

Friday, Aug 30 · 11:01 AM

Hey

It's the end of the month

Monday, Sep 2 · 11:58 AM

New month

**Mon, September 2**

**75°**

Just hoping you're sticking to the once a
month plan. I know you don't like me texting

 
Hi Marc. It's been a month, an 10 months, where is the money you owe me?

Keeping your word goes a long way

Texting with (347) 907-5688 (SMS/MMS)

I sent a request for the monthly payment, just make it and I'll text you in a month

- **Placing a levy on a person's property.** This means you will be paid through the sale of the person's personal property, which can include real estate, furniture, vehicles, etc.

Please don't make me explore this route again



Declined. Sp no intention of paying anything this month?

You really need to respond to me

I'll have ur car towed in the morning

Cause now ur acting like a criminal

U have until tmw to respond

Then I am taking full legal action

I'm done, u couldn't even do 2 months in a row

Thursday, Nov 16, 2023 • 5:29 PM

| | Position | Total PnL | Unrealized PnL |
|---|---|---|---|
| I309 | 0 | $6,700.00 | $0.00 |
| I310 | 0 | $6,662.50 | $0.00 |
| I312 | 0 | $6,662.50 | $0.00 |
| I313 | 0 | $6,662.50 | $0.00 |
| + | | | |

1:43 PM
11/16/2023

So today the company closed my accounts

Damn and where is that money?

Already wired it in

I have like 500 left

5:33 PM  SMS



Tuesday, Nov 21, 2023 • 11:43 AM

   

So when you loose on the poa you lose the funds ?

11:48 AM

Yea

11:48 AM SMS

Tuesday, Jan 23, 2024 • 1:09 PM

Yo, tomorrow is the 4th wed, and no I haven't gotten anything yet, even if I get anything, I won't be able to send you everything, I still have to pay rent, figure out what is going on with that garnishment, send something to my car before they repossess it, send to car insurance before they cancel it, but spectrum finally acknowledged my resignation, so im hoping they finally process any balance payouts

Word

Honestly like 300-400 would help. I'll double it fast, pay my bills, rinse repeat

 

Day 2, it's easy

I am good, I will keep sending you money for now lol

12:54 PM

  

Next $102 just do this for

Just started getting some money in, don't want to go crazy

12:54 PM

Remember when I sent the $1400

On my bday

Day before TakeProfitTrader sent me a POA

I got denied, no proof of income

Haven't had my accounts in 2 months

  
No, and mom is ready to kick me out

6:55 PM SMS

Monday, Mar 25, 2024 • 10:51 AM

Hey, you get your pension and SS this week right? If you could do another 250-300, I won't ask nice month and give you more time. My mom was about to kick me out lol, but then the Camp Lejeune lawyer called and said my case is coming up, so she's gonna wait on the settlement

Next month**

Tuesday, Mar 26, 2024 • 1:06 PM

Hey

Wednesday, Mar 27, 2024 • 9:20 AM

I'm just broke today lol

It's been a stupid f█████ 4 months

Tell me about it



**POA For Tradovate mstoughton1111 Has Been Completed** ➤ `Take Profit Graveyaard`

S  signNow 11/10/2023
to me ∨

**signNow**

**You filled out and signed a document**

You've filled out and signed the POA For Tradovate mstoughton1111 document. Follow the link below to view and download the document.

Day Before my 40th, same day I sent u 1400

 
last $220

Friday, Mar 15, 2024 • 10:32 AM

Yo

The answer is no, I did not get me taxes yet, the irs had me do some identity thing, which delayed it, and now upgrade closed my account which is where it was supposed to go, so now I'm trying to call irs to change it.

10:34 AM

  

I'll send you something when my ssd or pension goes in, but it won't be a lot

10:35 AM

Ok, sucks your still having issues

I just need a 100 for today, I managed to get the rest

10:36 AM  SMS

 

So I'm just passing the message to you

Just grab my air fryer, my 40inch samsung, and ny spectrum stuff, modem and router plz

Before they put it in Kevin's apt

The rest is junk

Ok

U can have my bed if u want

Kevin has his own internet

I do not

And anything else u wamt

lol

Are you not coming back?

6:11 PM

 
Are you not coming back?

6:11 PM

I told her today

Told her what?

As of <u>March 1st,</u> I moved out

6:11 PM  SMS

Ok

6:11 PM

 
do not live therw

I gave the heads up in January I'm out by March

6:12 PM SMS

Got it

She had 6 months notice

I'll let her know again.

6:13 PM



I don't need anything from your place, I'll grab your tv/air fryer. The modem and router can't be used again

So it's useless

Did you find a place?

6:53 PM

  
No, and mom is ready to kick me out

6:55 PM SMS

Monday, Mar 25, 2024 • 10:51 AM

Hey, you get your pension and SS this week right? If you could do another 250-300, I won't ask nice month and give you more time. My mom was about to kick me out lol, but then the Camp Lejeune lawyer called and said my case is coming up, so she's gonna wait on the settlement

Next month**

Tuesday, Mar 26, 2024 • 1:06 PM

Hey

Wednesday, Mar 27, 2024 • 9:20 AM

 

I will be in NY next week and will go to the orange county clerks office.

3-6 months, its going to be garnished

You do what you need to do, ssd or pension cannot be garnished, but here is my lawyers info for the clerk, Craig Hughes. I'll make him aware of your threats, and constant texts, if you wanna play hardball. I told you my dad is in the hospital, he is in ccu, on a respirator, if you look at your messages I said the earliest would be possibly Monday. Since you are threatening me - I will not be answering anymore.

2:19 PM

It's not constant threats, that's a joke and verifiable

It took mentioning small claimsnfor u to answer

And this is the 3rd promise of partial repayment u backed out on

Craig S Hughes 

Thursday, Jul 25 • 4:58 PM

I've already notified my lawyer about your threats of a lawsuit. I'll consult with them, but I'm open to resolving this financially.

Wednesday, Sep 18 · 6:48 PM

**Craig Hughes** 6:48 PM
to me, Elizabeth ⌄   😊  ↩  ⋮

Sorry we are not representing Mr  Mastros

Craig S. Hughes, Esq.

340 West Passaic Street, 3rd Floor

Rochelle Park, New Jersey 07662

201-712-0005 (phone)

201-712-9450 (fax)

Craig@cshugheslaw.com

www.Cshugheslaw.com

Now you need to get in touch with me

Thursday, Sep 19 • 1:19 PM

And just as I thought, they just told me that you have not retained them, so this is <u>now</u> <u>2</u> lawyers you have lied about. You have until the end of the day to send me a reasonable amount for a monthly payment or that's it. I have the ability to put a levy on your car, have it towed and have it stripped for parts to pay for the amount owed and you will end up letting a debt for 815 turn into a far bigger financial issue. If you don't believe me, I suggest you go to Google and YouTube, this is something I can do and you have left me no choice.


Marc Criado-Mastros
37 Bailey Rd
New Hampton Ny 10958

9/2/2024

Matthew Stoughton


**Subject: Cease and Desist from All Communication**

Dear Mr. Stoughton,

This letter is to inform you that your current course of conduct, specifically your continued communication with me, is unwanted and unwelcome. I hereby demand that you immediately cease and desist from all forms of communication with me, including but not limited to:

1. Phone calls (both personal and work-related).
2. Text messages or SMS.
3. Emails.
4. Social media interactions (including comments, messages, and tags).
5. Physical mail or letters.
6. Any other form of direct or indirect communication.

Your persistent communication has caused significant distress and is no longer acceptable. You will be hearing from my lawyers within the next week for payment terms, they have a copy of all our communication, including your last threat below which includes harassment and I will sue you, which is not a threat, its a promise.

 (Law Firm • Feldman, Kramer & Monaco - (800) 506-2444

This letter constitutes formal notice to you that any further contact will be considered a violation of my explicit request to end all communication. I trust that you will respect this demand and take it seriously.

Please govern yourself accordingly.

Sincerely,

Marc Criado-Mastros

•••

# Regarding your client Marc Criado-Mastros Work ✕

**Matthew Stoughton** <mstoughton1111@gmail.com>
to craig@cshugheslaw.com, elizabeth@cshugheslaw.com ▾

Wed, Sep 18, 2024, 6:12 PM

Mr. Hughes,

This is the 3rd message I have sent regarding your client and the money that he owes me.

I was told 2 weeks ago you would be contacting me about a payment plan after he sent me a non binding copy and pasted cease and desist letter from Google.

This has been going on for 11 months now and the balance is currently at $815 and I would like to be paid back before it becomes 1 year.

I can be contacted through email at your convenience.

Also BTW, I mentioned in previous messages I am from the village of Suffern, NY. I went to Richard P. Connor Elementary and was in the class of 2001, so I had both Mr. Fisher and Mr. Grasso for history, as I'm sure you did ad well. When's the last time you went to the Lafayette theater? I was there last Wednesday, see pictures below.

I am looking forward to hearing from you and hope that we can come to a fair and timely reasonable agreement on how your client is going to repay me.

I will attempt to call your office tomorrow as well, since all other attempt have gone unanswered.

Regards,
Matthew Stoughton

**2 Attachments** • Scanned by Gmail ⓘ




---

**Craig Hughes** <craig@cshugheslaw.com>
to me, Elizabeth ▾

Wed, Sep 18, 2024, 6:48 PM

Sorry we are not representing Mr Mastros

Craig S. Hughes, Esq.
340 West Passaic Street, 3rd Floor
Rochelle Park, New Jersey 07662
201-712-0005 (phone)
201-712-9450 (fax)
Craig@cshugheslaw.com
www.Cshugheslaw.com

In regards to your requests and emails you've been sending. This level of communication is overwhelming and unnecessary. Your lack of preparation or urgency does not constitute an emergency on my part.

To clarify, I had chosen not to include you on my bankruptcy list because I intended to pay you back. However, I am currently navigating an eviction and recovering from surgery, making it clear that you don't fully understand the situation. As for any funds from deliveriing, they are not immediately available unless eligibility criteria are met, which I do not currently fulfill, because I took time off for my surgery.  You need money that quick, sign up, doing 2 deliveries, and you will be done with it. From now on, I will not promise I might be able to assist, without having a definite, but you need to stop.

This is my final warning: please stop sending repeated requests.



<Screenshot_20241212_101731_Gmail.jpg>

Ok,

First, I do not know who has your items, nor am I going to scour through the barn to find what they took out when they cleaned the space out. So please stop with that. If you want to know what happened to those things, reach out to Sarah or Kevin, or Louis.

Second, I just started working, and will be paid every two weeks, I started working as a supervisor for Lowes. So, I will be sending you something every two weeks, my first check should be around the 10th.

Third, As per my agreement with Sarah and the courts, I have to give her 5k this month. So, the only option I have is when j get my first check to be able to send you something.



**Marc Criado-Mastros** <grek79ital@icloud.com>

to me ▾

Wed, Feb 19, 7:53 PM

Dude, I do not care, I am keeping to my word, and sending you biweekly, that WAS the deal. I am struggling as it is, I have no oil for heat, cause the property is a ice rink, and your worried about smokes, you will get your money when I get paid. If you can't wait than thats on you. DeShawn and Juan has left the house they are doing their own thing, I am here all myself doing the best I can. You do this every week, and im tired of the emails. I already filed for bankruptcy as well, and my court date is in March via zoom. So please just stop

**Marc Mastros** <grek79ital@icloud.com>

to me

Tue, Feb 25, 7:01 PM

Stop. I will
Pay you when I get extra money. Or I will just stop. I included you in my proceedings but I am choosing to pay you.
Marc A Criado-Mastros

Friday, Nov 10, 2023 • 9:11 AM

  
lol, oh sorry was just responding. Yeah I been out of work, having breathing issues, related to 9/11, just got chest ct last week. And I don't wanna mess up things with Sarah, I hate being late but it's right right now till they figure out what is going on with my pay

9:14 AM

 

Yeah I was a rescuer

lol

I started working for fdny at 19

I was 17 and in college when it happened in a pizza shop

So the whole thing go down from 30 miles away

I can't imagine being there



  

Let me know what you can spare when your money comes in, and we can talk repayment and stuff

9:49 AM

   

I don't know, my rent alone is 2400, hence why I don't like asking for help from anyone. What platform do you trade on>

9:56 AM

Charting on Think or Swim and actual trade execution on Ninjatrader 8

Ok well 2400 I def can't do without another withdrawal

9:56 AM SMS

Thanks, anything helps until SSD and Spectrum get their shit together

10:44 AM



I'll give you the Bank of America one

Sure

Marc.Mastros@gmail.com

Marc Criado-Mastros

Banks are crap I hate them all.they take your money in instant but give you hoops to go through to use your own money

7:47 PM

  (347) 907-5688  

**PENDING**



Nov 10, 2023
**Marc Mastros**

You paid
**- $1200.00**

marc.mastros@gmail.com

⊙ **Payment on hold and pending review.**

HISTORY

9:22 PM  MMS



Saturday, Nov 11, 2023 • 8:57 PM

The less I have to bother them, the best

I really wished they finished the the 2nd side

I would of taken that

1000 Sq ft vs 200...

It is finished, Kevin and the gang are in there

What??

Since when lol?

Yeah

Since you left

9:13 PM


**Your $1,200.00 transfer to Marc Mastros didn't go through** Inbox ☆

 Bank o... 9:20 PM
to me ⌄

BANK OF AMERICA 



## Your $1,200.00 transfer to Marc Mastros didn't go through

We weren't able to complete your transfer because the recipient's email address is no longer registered to receive transfers.

EDIT OR DELETE EXISTING CONTACT INFO

stogietown@gmail.com
Deposit to Adv Plus Banking - 2185

Request it

9:40 PM SMS

  
.com with Zelle from account ending in 2185?

BEWARE: Bank of America will never ask you to transfer money to anyone, including yourself. Don't transfer money as a result of an unexpected text or call. Money you send may not be recoverable.

If you authorized this activity, and you still want to proceed, reply YES. If not, reply NO.

To opt out of fraud alerts, text STOP

YES

BofA Security:

Thanks for confirming. Your Zelle transaction will be processed.

It went through. Amazing. So it can be requested

9:45 PM



(347) 907-5688  

Wednesday, Nov 15, 2023 • 5:58 PM

 
Also, been dealing with ssd, so they are ga try and get me a check this month, but the payments should start to come in definitely next month, so keep can start paying you back

I have to call them next week on the day it's supposed to be deposited to see if they can force it

6:00 PM

 

Thursday, Nov 16, 2023 • 9:56 AM

Hey, did you say you can help with the other 1200? I don't remember where we left off, cause of your bank issue, I'm preparing another day of being on phone.

Thursday, Nov 16, 2023 • 5:29 PM

| | Position | Total PnL | Unrealized PnL |
|---|---|---|---|
| 1309 | 0 | $6,700.00 | $0.00 |
| 1310 | 0 | $6,662.50 | $0.00 |
| 1312 | 0 | $6,662.50 | $0.00 |
| 1313 | 0 | $6,662.50 | $0.00 |
| + | | | |

1:43 PM
11/16/2023

So today the company closed my accounts

Damn and where is that money?

Already wired it in

I have like 500 left

5:33 PM  SMS



Tuesday, Nov 21, 2023 • 8:11 AM

Hey, is there any way you can send anything today, I woke up and my account is sitting negative 28 dollars, a payment processed that I changed the date on .

Well that was quick, now its -$83.65

Hmm

Let me see

Where did the 1200 go?

They re quite amazing people

9:03 AM



(347) 907-5688



What is the bare minimum?

Few hundred, idk, I'm trying to see if anything else is gonna process that I forgot

I don't wanna put you out, but I had like 400 or so left and then my cell phone charged and it wasn't supposed too,

)302

count ••8696

Request 400

9:41 AM SMS



+1 347-907-5688

## Marc Criado-Mastros

+1 347-907-5688
Joined November 2022

10:13 AM

Hi

Ok that's cool

It has a chat too

**Payment to Marc**
hope it helps

# $400.00

 Paid • 10:15 AM >



Tuesday, Nov 21, 2023 • 11:43 AM

  
So when you loose on the poa you lose the funds ?

11:48 AM

Yea

11:48 AM SMS

Friday, Nov 24, 2023 • 1:56 PM

  
If I don't get my ssd, at least I get my pension next week, so I'll have some money

K

2:17 PM SMS

U can pay my rent lol!!

And my rent lol

I don't know why your paying anything you are never here



Wednesday, Nov 29, 2023 • 12:18 AM

U ok?

Wednesday, Nov 29, 2023 • 1:37 AM

I'm sure you are asleep but I just wanted go run this past you. I know you are waiting for SSDI and your pension, I am not really concerned about the $. If you do end up getting paid and have the means, do you think you can give Sara 1502 for me, for my rent? The other $98 just buy a damn evaluation before the sale ends tomorrow

  

Monday, Dec 4, 2023 • 10:47 AM

Yo

Did u get paid yet?  My funds are held up until Thursday and I need to pay-off some stuff



Hey lol

I did not, from no one, I am on phone trying to make my own arrangements for all the things I gotta pay off and then trying to figure out where it is, my luck they sent a damn paper check.

K

Well if you do find some $, I could really use $400 asap

11:50 AM SMS



Monday, Dec 11, 2023 • 1:37 PM

You get any money yet lol?

I don't even want to talk about it

Ok


Thursday, Dec 14, 2023 • 2:17 PM

Any updates on ur cash inflow lol

Friday, Dec 22, 2023 • 4:52 PM

Yo

Yo

Haven't heard from in 9 days

Just checking up

4:53 PM  SMS

  

But I been dealing with life, still haven't gotten anything, yet, hoping something comes in next week

4:53 PM



Dude

Tell me about it

I got a 900 check from a settlement, that hasn't cleared yet

That's all

SSD is dickign me around and spectrum has it sent over to their long term disability place

Thursday, Dec 28, 2023 • 10:59 AM

I told her you
Mentioned something feb/match

She says she calls and texts and no one
answers from you lol

I gave up trying

12:05 PM SMS

  

o guys can always do the cleanup for $$

True, well, when you planning on vacating ?

12:31 PM

Not until I get my 1099 at least

Ok

  

Tuesday, Jan 2, 2024 • 4:28 PM

Hey, now that's its 2024, any update on your income?

My income is delayed cause idiots sent an ACH, so I could use a few $100 for the week

Not really, last they told me my "normal" checks should start this month from SSD, and for spectrum, it is still with Lincoln financial who services their Long Term Medical Leave. I might have 100 laying around to send you

4:33 PM

   

Thursday, Jan 11, 2024 • 11:09 AM

Any chance you have that 1500 today lol?

  

figured with SSDI and a pension that 2 months would be enough time to get squared away and pay me back. Not gonna lie. I really need that $ today for bills. AT&T already suspended my service yesterday and I had to scrape up $400 just to get it back on

3:24 PM SMS

   

But not taking a payout all December is killing me

3:37 PM SMS

I'm soooo broke and have sooo much I can't touch

Friday, Jan 19, 2024 • 5:02 AM

You get you money yet??

Tuesday, Jan 23, 2024 • 10:40 AM

Yooooo

4th Wednesday tomorrow, get SSI yet?

  
Tuesday, Jan 23, 2024 • 1:09 PM

Yo, tomorrow is the 4th <u>wed,</u> and no I haven't gotten anything yet, even if I get anything, I won't be able to send you everything, I still have to pay rent, figure out what is going on with that garnishment, send something to my car before they repossess it, send to car insurance before they cancel it, but spectrum finally acknowledged my resignation, so im hoping they finally process any balance payouts

Word

Honestly like 300-400 would help. I'll double it fast, pay my bills, rinse repeat

  

Day 2, it's easy

I am good, I will keep sending you money for now lol

12:54 PM

  

Next $102 just do this for

Just started getting some money in, don't want to go crazy

12:54 PM

Remember when I sent the $1400

On my bday

Day before TakeProfitTrader sent me a POA

I got denied, no proof of income

Haven't had my accounts in 2 months

  

Thursday, Feb 8, 2024 • 3:26 PM

He6

Hey

Do you have 200 you can throw my way?

Coming up on 3 month anniversary

Been 10 days..... where ya at

I do not, as soon as I get whatever I am getting from my taxes, I will send you what I can, that should be here within the next week or so, according to their timeline. DeShawn had to borrow money from his ex to get the car back, which is another person we owe

Not even a 100 bro?

Nope, there is 20 in my account right now.

3:55 PM

  

Thursday, Feb 8, 2024 • 6:44 PM

What are you doing about everything else?
SSI 4th Wednesday + Pension ya?

 

Monday, Feb 12, 2024 • 2:11 PM

Get your refund yet?

No

N I guess nothing to knock off on 2 month anniversary +1 day??

3 month ***

??

Nothing has changed from Thursday when we last talked. I'm not avoiding you or anything else, I'm legit dealing with everyone and their mother - my car was taken a few weeks ago, I'm not lying to you.

2:20 PM

Tuesday, Feb 20, 2024 • 9:42 AM

Hey

 

Tuesday, Feb 20, 2024 • 11:13 AM

Yo

Nothing has changed, tax is still processing. I'll send you something as soon as something comes in, i really don't need you asking me all the time, especially knowing the repo and judgments, and who/ what I owe, I just signed up to do Uber, shipt and DoorDash to make some pocket cash, waiting for that to get approved

Ok

Just trying to scape together $ for my meds

11:52 AM SMS

 

**Available Balance** $63.93

Current Balance $1.04

  
Tuesday, Feb 27, 2024 • 8:49 AM

I know you said you would let me know. But I really need 200+ today. AT&T is going to turn off my phone again

This is one of those. I really need you to come through with some of my money today..... I already had to pay 250 last month cause they shut it off and they r going to again

And I get garnishment etc. But it's been almost 3 months and it's still 1200

tax is still pending, and ill send you a screen shot if you do not believe me, social security doesn't come in till tomorrow if it does, and pension doesn't come in till thur. My bank is negative 25 dollars, nothing I can do, you are not the only one who I owe money too, reminding me of how long it's been, does not make anything come in sooner.

9:46 AM

 
~~last $220~~

Friday, Mar 15, 2024 • 10:32 AM

Yo

The answer is no, I did not get me taxes yet, the irs had me do some identity thing, which delayed it, and now upgrade closed my account which is where it was supposed to go, so now I'm trying to call irs to change it.

10:34 AM

  

I'll send you something when my ssd or pension goes in, but it won't be a lot

10:35 AM

Ok, sucks your still having issues

I just need a 100 for today, I managed to get the rest

10:36 AM SMS

 

So I'm just passing the message to you

Just grab my air fryer, my 40inch samsung, and ny spectrum stuff, modem and router plz

Before they put it in Kevin's apt

The rest is junk

Ok

U can have my bed if u want

Kevin has his own internet

I do not

And anything else u wamt

lol

Are you not coming back?

6:11 PM

 

Are you not coming back?

6:11 PM

I told her today

Told her what?

As of <u>March 1st,</u> I moved out

6:11 PM  SMS

Ok

6:11 PM

 
do not live therw

I gave the heads up in January I'm out by March

6:12 PM SMS

Got it

She had 6 months notice

I'll let her know again.

6:13 PM



I don't need anything from your place, I'll grab your tv/air fryer. The modem and router can't be used again

So it's useless

Did you find a place?

6:53 PM

  

No, and mom is ready to kick me out

6:55 PM SMS

Monday, Mar 25, 2024 • 10:51 AM

Hey, you get your pension and SS this week right? If you could do another 250-300, I won't ask nice month and give you more time. My mom was about to kick me out lol, but then the Camp Lejeune lawyer called and said my case is coming up, so she's gonna wait on the settlement

Next month**

Tuesday, Mar 26, 2024 • 1:06 PM

Hey

Wednesday, Mar 27, 2024 • 9:20 AM

I'm just broke today lol

It's been a stupid f███████ 4 months

Tell me about it



**POA For Tradovate mstoughton1111 Has Been Completed** ▶ Take Profit Graveyaard

**signNow** 11/10/2023
to me ∨

**signNow**

**You filled out and signed a document**

You've filled out and signed the POA For Tradovate mstoughton1111 document. Follow the link below to view and download the document.

Day Before my 40th, same day I sent u 1400



Wednesday, Mar 27, 2024 • 8:33 PM

hey

Saturday, Mar 30, 2024 • 12:40 PM

Still never heard back from you...

I really need at least $200 today

Saturday, Mar 30, 2024 • 4:07 PM

Yo

Need you to send me $200 today

I have been dealing with other things, working out payment plans with att, and orange and rockland, ill send you the 200, but your consistent messaging is not helping me, if you knew how much I owed out, you will faint

4:17 PM

 

Wednesday, Mar 27, 2024 • 8:33 PM

hey

Saturday, Mar 30, 2024 • 12:40 PM

Still never heard back from you...

I really need at least $200 today

Saturday, Mar 30, 2024 • 4:07 PM

Yo

Need you to send me $200 today

I have been dealing with other things, working out payment plans with att, and orange and rockland, ill send you the 200, but your consistent messaging is not helping me, if you knew how much I owed out, you will faint

4:17 PM

 
I'll send it back

Monday, Apr 22, 2024 • 7:01 AM

Hey

did you get your refund yet, I don't get paid again for 2 weeks and my mom is kicking my out. I need that last $905 to pay for rent on an apartment down here

I need to be out today she said, so this is a huge emergency

7:43 AM SMS

I'll send u back $905 <u>in 2 weeks</u> too

And then pay me next month

  
Monday, Apr 22, 2024 • 9:03 AM

U around?

I am not, I did not get it yet, they are sending a physical check to me. You always message me last minute when you are in dire situation.

Why they sending me physical check, cause upgrade closed my accounts on me, that's where it was going

9:05 AM

Accounts          Dashboard

Thursday, Apr 25, 2024 • 8:34 AM

   
answered you yesterday as well.

So your SS and pension come in the mail?

And no refund check?

It's way past April 15th they've been sent out

8:44 AM SMS

Monday, Apr 29, 2024 • 9:33 AM

Hey

Please tell me you got a check in the last 4 days, I am so broke right now and I need to find a place to rent

Tuesday, Apr 30, 2024 • 9:41 AM

Anything yet? I really need $ to rent this place tomorrow

Nothing, and you need to stop sending me requests, when I get it, I will send you money, I can't do anything about it. I am not avoiding or stowing away money, I have rent, bills as well.

9:42 AM

I just get how nothing is there yet. No SS or pension check a week after?

  

Saturday, May 4, 2024 • 12:05 PM

Still nothing in the mail?

Monday, May 6, 2024 • 8:16 AM

Is there anyway you can send me a few
100 today?



My car isn't even registered or insured and I am nearing the point that I am gonna end up in a shelter. I gave you 1600 and you still owe me 905 since November

Borrow from whoever you have to but you need to pay me back like asap

U have Ss and a pension.....

Even if the 3 of u have to pool money together... I need to be paid back

10:25 AM SMS

  
Mmm ok, so stop

> You said once you get your pension and SS you would pay me back, you've had months of it, you need to find a way

I have not had months of it, you need to read

> I need at least 400 today man

> Find a way

> I don't care what you have to do, but I need you to do it

You are really bordering on harassment, and being unrealistic.

It's cool

10:38 AM

> It's not harassment when I am begging for my money back

  

I'm gonna have to file in small claims court then

Go ahead

I have MetLife legal plan

You can't take blood from a stone

You will get it when I get extra

Or anything

You keep saying that, but when?

I have 40 bucks, u want that? Like seriously

If j knew that, I woold tell you

Or have given it

By the end of the .month?

Ur next SS and pension?

I don't know what they are sending me

I just need 400 to get through May

I might have 400 to spare the week of the 20th

10:42 AM



Monday, May 20, 2024 • 12:27 PM

Just touching base with you, cause you said the week of the 20th

My mom is having surgery today, so she's letting me come back, but I gotta be out by July 1st now

I'm not gonna give you a hard time or say I need all of my money back this week. Just make an attempt at something and I'd appreciate it

 
Tuesday, May 21, 2024 • 7:10 PM

Figured you at least respond

My phone was off, I'll do my best to have you paid up before then. Hope your mom is doing ok.

Haven't been feeling well

7:33 PM

So tue week of the 20th not looking good anymore?



Tuesday, May 28 · 2:35 PM

Guess nothing this month?

 

Tuesday, Jun 4 • 7:22 PM

Hey, so I'm still gonna ask
 You got a few 100 for me, since you missed May? I STILL owe AT&T and my withdrawal days are the 11th and 15th

7:22 PM  SMS

So prolly Saturday  I can send you something.

7:28 PM

Sunday, Jun 9 · 11:40 PM

Guess no response today

Or that $300 from Deshawns event 😣

Tuesday, Jun 11 • 7:11 AM

Yo

Tuesday, Jun 11 • 8:15 AM

At least let me know what is going on.
Haven't heard from u in a week

Tuesday, Jun 11 • 10:50 AM

Ok, now it feels like I'm being avoided 😣



(347) 907-5688

Friday, Jun 21 • 9:13 AM

Unfortunately I won't be able to send anything to you till next week. Earliest would be Monday - and I already have to lift the suspension off the registration

9:29 AM

I do, but I can't help or send anything till at least Monday

Ok, u got a number in mind, so i can work on the rest?

Real talk

Im about to call my dead step fathers sister i havent spoken too <u>in 13 years</u>

I legit do not wanna go the next week struggling

Idk, maybe 200, maybe 3, but I have to see how much the registration thing I need to pay. I'm waiting for the port authority to email me back

Cause the issue is, I'll end up in a situation with no money too

K. So imma looo for 400, cause maybe 300 os def 200 lol



Monday, Jun 24 • 7:10 PM



Tuesday, Jun 25 • 11:20 AM

Where u at?

Tuesday, Jun 25 • 12:30 PM

No answer?

Can you please send me like $300 bro, I have no $ for food or meds or my phone. I should be paid by Friday but I am hurting

Tuesday, Jun 25 • 3:16 PM

At least stop ignoring me and tell me what's up

This is the 3rd time u said ud have $ and then bailed

 

Wednesday, Jun 26 · 2:10 PM

3 days and nothing....

 

I will be in NY next week and will go to the orange county clerks office.

3-6 months, its going to be garnished

You do what you need to do, ssd or pension cannot be garnished, but here is my lawyers info for the clerk, Craig Hughes. I'll make him aware of your threats, and constant texts, if you wanna play hardball. I told you my dad is in the hospital, he is in ccu, on a respirator, if you look at your messages I said the earliest would be possibly Monday. Since you are threatening me - I will not be answering anymore.

2:19 PM

It's not constant threats, that's a joke and verifiable

It took mentioning small claimsnfor u to answer

And this is the 3rd promise of partial repayment u backed out on

Craig S Hughes



Thursday, Jul 25 • 4:58 PM

I've already notified my lawyer about your threats of a lawsuit. I'll consult with them, but I'm open to resolving this financially.

  
Monday, Jul 29 • 3:02 PM

I'd prefer to resolve it financially. If you just gave me some info on a potential payoff schedule

Every 4th week would he nice, honestly


see this, no idea why the texts a different color

Oh now it's fixed, if u can't do anything until SS next week or 1st of month for pension that's fine. Once a month is appreciated, just reading a definitive when and how much would be nice

Ttyl

Monday, Aug 26 • 2:25 PM

Just checking in, not spamming you. You good for Wednesday this week when u get Social Security for the once a month payment for August, and if so, any idea

Friday, Aug 30 · 11:01 AM

Hey

It's the end of the month

Monday, Sep 2 · 11:58 AM

New month

**Mon, September 2**

75°

Just hoping you're sticking to the once a month plan. I know you don't like me texting

 

Hi Marc. It's been a month, an 10 months, where is the money you owe me?

Keeping your word goes a long way

Texting with (347) 907-5688 (SMS/MMS)

I sent a request for the monthly payment, just make it and I'll text you in a month

- **Placing a levy on a person's property.**
  This means you will be paid through th sale of the person's personal property, which can include real estate, furniture vehicles, etc.

Please don't make me explore this route again


Declined. Sp no intention of paying anything this month?

You really need to respond to me

I'll have ur car towed in the morning

Cause now ur acting like a criminal

U have until tmw to respond

Then I am taking full legal action

I'm done, u couldn't even do 2 months in a row

Wednesday, Sep 18 · 6:48 PM

**Craig Hughes** 6:48 PM
to me, Elizabeth ⌄

Sorry we are not representing Mr  Mastros

Craig S. Hughes, Esq.

340 West Passaic Street, 3rd Floor

Rochelle Park, New Jersey 07662

201-712-0005 (phone)

201-712-9450 (fax)

Craig@cshugheslaw.com

www.Cshugheslaw.com

Now you need to get in touch with me


Thursday, Sep 19 • 1:19 PM

And just as I thought, they just told me that you have not retained them, so this is <u>now</u> <u>2</u> lawyers you have lied about. You have until the end of the day to send me a reasonable amount for a monthly payment or that's it. I have the ability to put a levy on your car, have it towed and have it stripped for parts to pay for the amount owed and you will end up letting a debt for 815 turn into a far bigger financial issue. If you don't believe me, I suggest you go to Google and YouTube, this is something I can do and you have left me no choice.

   

Not worth 8 hours to pick them up

Wednesday, Oct 23 • 10:34 PM

Hey,

Just checking in,

I hope you are doing well and are able to send this months payment towards your loan balance.

At least let me know that you've seen the 2 emails from today and if there is anything I need to know.

If I don't hear from you by tomorrow afternoon, I'm going you are ignoring me again, which I really hope we can avoid.

Matt



(347) 907-5688

Monday, Dec 9 • 11:41 AM



This is my health man, I need my money

If u have a soul, plz send me at least the $133 to bring it down to $400

Send me $133 and skip January, I need my meds today

I am begging u man, I need $ for my meds, plz send me what u can

Skip January and February, plz just send me $133 today. I need my medicine

This isn't right man. U constantly ignore me and owe me $533.05 it's been 13 months and I am dealing with a medical emergency

Marc Criado-Mastros
37 Bailey Rd
New Hampton Ny 10958

9/2/2024

Matthew Stoughton

**Subject: Cease and Desist from All Communication**

Dear Mr. Stoughton,

This letter is to inform you that your current course of conduct, specifically your continued communication with me, is unwanted and unwelcome. I hereby demand that you immediately cease and desist from all forms of communication with me, including but not limited to:

1. Phone calls (both personal and work-related).
2. Text messages or SMS.
3. Emails.
4. Social media interactions (including comments, messages, and tags).
5. Physical mail or letters.
6. Any other form of direct or indirect communication.

Your persistent communication has caused significant distress and is no longer acceptable.  You will be hearing from my lawyers within the next week for payment terms, they have a copy of all our communication, including your last threat below  which includes harassment and I will sue you, which is not a threat, its a promise.

 (Law Firm • Feldman, Kramer & Monaco - (800) 506-2444

This letter constitutes formal notice to you that any further contact will be considered a violation of my explicit request to end all communication. I trust that you will respect this demand and take it seriously.

Please govern yourself accordingly.

Sincerely,

Marc Criado-Mastros

•••

**Matthew Stoughton** <mstoughton1111@gmail.com>
to grek79ital

Mon, Sep 2, 2024, 6:24 PM

This is a formal demand letter that legally is not included in your attempt to avoid a debt from the email sent prior to the creation of this email.

I request the balance of $815 be repaid in full within the next 5days of you be taken to court, and your assets will be requested to be put up for auction to repay your debt.

Your lawyers may contact me if this is what you desire but all legal matters will be sent to you directly unless they reach out to me.

**Marc Criado-Mastros** <grek79ital@icloud.com>
to me

Mon, Sep 2, 2024, 6:27 PM

They will reach out to you this week, and they have this email, and all previous emails / texts, they are aware of my situation, and upcoming surgery, you will be contacted.

**Marc Criado-Mastros** <grek79ital@icloud.com>

to me

Fri, Dec 13, 2024, 1:49 PM

In regards to your requests and emails you've been sending. This level of communication is overwhelming and unnecessary. Your lack of preparation or urgency does not constitute an emergency on my part.

To clarify, I had chosen not to include you on my bankruptcy list because I intended to pay you back. However, I am currently navigating an eviction and recovering from surgery, making it clear that you don't fully understand the situation. As for any funds from deliveriing, they are not immediately available unless eligibility criteria are met, which I do not currently fulfill, because I took time off for my surgery.  You need money that quick, sign up, doing 2 deliveries, and you will be done with it. From now on, I will not promise I might be able to assist, without having a definite, but you need to stop.

This is my final warning: please stop sending repeated requests.



<Screenshot_20241212_101731_Gmail.jpg>

Ok,

First, I do not know who has your items, nor am I going to scour through the barn to find what they took out when they cleaned the space out. So please stop with that. If you want to know what happened to those things, reach out to Sarah or Kevin, or Louis.

Second, I just started working, and will be paid every two weeks, I started working as a supervisor for Lowes. So, I will be sending you something every two weeks, my first check should be around the 10th.

Third, As per my agreement with Sarah and the courts, I have to give her 5k this month. So, the only option I have is when j get my first check to be able to send you something.

Dude, I do not care, I am keeping to my word, and sending you biweekly, that WAS the deal. I am struggling as it is, I have no oil for heat, cause the property is a ice rink, and your worried about smokes, you will get your money when I get paid. If you can't wait than thats on you. DeShawn and Juan has left the house they are doing their own thing, I am here all myself doing the best I can. You do this every week, and im tired of the emails. I already filed for bankruptcy as well, and my court date is in March via zoom. So please just stop



**Marc Mastros** <grek79ital@icloud.com>
to me

Stop. I will
Pay you when I get extra money. Or I will just stop. I included you in my proceedings but I am choosing to pay you.
Marc A Criado-Mastros

# Regarding your client Marc Criado-Mastros ➤ Work ✕

**Matthew Stoughton** <mstoughton1111@gmail.com>
to craig@cshugheslaw.com, elizabeth@cshugheslaw.com ▾

Mr. Hughes,

This is the 3rd message I have sent regarding your client and the money that he owes me.

I was told 2 weeks ago you would be contacting me about a payment plan after he sent me a non binding copy and pasted cease and desist letter from Google.

This has been going on for 11 months now and the balance is currently at $815 and I would like to be paid back before it becomes 1 year.

I can be contacted through email at your convenience.

Also BTW, I mentioned in previous messages I am from the village of Suffern, NY. I went to Richard P. Connor Elementary and was in the class of 2001, so I had both Mr. Fisher and Mr. Grasso for history, as I'm sure you did ad well. When's the last time you went to the Lafayette theater? I was there last Wednesday, see pictures below.

I am looking forward to hearing from you and hope that we can come to a fair and timely reasonable agreement on how your client is going to repay me.

I will attempt to call your office tomorrow as well, since all other attempt have gone unanswered.

Regards,
Matthew Stoughton

**2 Attachments** • Scanned by Gmail ⓘ   ⬇ ⬆




---

**Craig Hughes** <craig@cshugheslaw.com>
to me, Elizabeth ▾

Sorry we are not representing Mr  Mastros

Craig S. Hughes, Esq.
340 West Passaic Street, 3rd Floor
Rochelle Park, New Jersey 07662
201-712-0005 (phone)
201-712-9450 (fax)
Craig@cshugheslaw.com
www.Cshugheslaw.com

| Date | Event |
|---|---|
| 11/11/2023 | Loaned debtor 1200 |
| 11/16/2023 | Informed debtor that my income stopped |
| 11/21/2023 | Informed debtor that my income stopped |
| 11/21/2023 | Debtor askes for another 1200 loan after knowing I no longer have income |
| 11/21/2024 | Loaned debtor 400 |
| 11/24/2023 | Debtor assures repayment and expected income through pension and Social Security |
| 11/29/2023 | Debtor assures repayment and expected income through pension and Social Security |
| 12/22/2023 | Debtor assures repayment and expected income through pension and Social Security and repayment in 1 week |
| 1/2/2024 | Debtor assures repayment and expected income through Social Security |
| 1/23/2024 | Debtor assures repayment and expected income through Social Security |
| 1/23/2024 | Informed debtor that my income stopped |
| 2/8/2024 | Debtor assures repayment and expected income now through a tax refund |
| 2/20/2024 | Debtor assures repayment and expected income now through a tax refund and income through door dash and uber |
| 2/27/2024 | Debtor assures repayment and expected income through Social Security |
| 3/15/2024 | Debtor assures repayment and expected income now through a tax refund and social security |
| 3/15/2024 | Informed debtor that I moved out |
| 3/25/2024 | Informed debtor that my income stopped |
| 4/22/2024 | Debtor assures repayment and expected income now through a tax refund but now says its coming via check |
| 5/20/2024 | Debtor promises to send 400 |
| 6/4/2024 | Debtor never sent the 400 and now promises money Saturday 6/8/2024 |
| 6/21/2024 | Debtor promises again to send money the next week on Monday 6/24/2024 |
| 6/26/2024 | Debtor lies about lawyer #1 |
| 7/25/2024 | Debtor lies about lawyer #1 again |
| 8/31/2024 | Debtor fails to make promised payment at end of the month |
| 9/2/2024 | Debtor lies about lawyer #2 |
| 9/18/2024 | Confirmation debtor lied about having 2 lawyers |
| 12/13/2024 | Debtor lies about bankruptcy filing to avoid lawsuit |
| 12/13/0204 | Debtor states did not list me in bankruptcy filing and reaffirms repayment |
| 12/24/2024 | Debtor reaffirms to repay the debt bi-weekly after obtaining a job |
| 2/3/2025 | Debtor filed for bankruptcy knowingly listing incorrect address and overstating debt amout, the correct amount was $300 |
| 2/7/2025 | Debtot made Voluntary Payment After Filing of $100 bringing the debt balance to $200 |
| 2/19/2025 | Debot reaffirms to repay the debt |
| 2/19/2025 | Debtor Informs me of filing for bankruptcy |
| 2/25/2025 | Debtor reaffirms to repay the debt and listed me on bankruptcy |
| 3/6/2025 | I called Court Clerk Filed Filed Proof of Claim |
| 3/24/2025 | Made Voluntary Payment of $200 After Filing Bringing the debt balance to $0 |